UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CORPORATE RESOURCE SERVICES, INC., *et al.*,

                Debtors.

NOOR STAFFING GROUP, LLC and NOOR ASSOCIATES, INC.,

                Appellants,

-v-

JAMES S. FELTMAN, Not Individually But Solely in His Capacity as Chapter 11 Trustee of the Estate of Corporate Resource Services, Inc., *et al.*,

                Appellee.

17-CV-2017 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

In light of the Notice of Approval Order filed on July 19, 2017 (Dkt. No. 10), the Clerk of Court is hereby directed to close this case.

SO ORDERED.

Dated: August 8, 2017
      New York, New York

                                J. PAUL OETKEN
                            United States District Judge